UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY BENSON,

          Petitioner,

    v.

HUDSON,

          Respondent.

No.  2:25-cv-02195-EFB (PC)

ORDER

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus. Respondent seeks an extension of time to file a response.  ECF No. 12.  The request is GRANTED.  Respondent shall file the response on or before February 20, 2026.

    SO ORDERED.

DATED:  February 4, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1