UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY BENSON,

          Petitioner,

     v.

HUDSON,

          Respondent.

No.  2:25-cv-02195-EFB (PC)

ORDER

Petitioner, a federal prisoner proceeding pro se, filed a petition for writ of habeas corpus. Petitioner seeks an extension of time to oppose respondent's motion to dismiss (ECF No. 16). ECF No. 17.  The request is GRANTED nunc pro tunc, and the opposition filed March 6, 2026 is accepted as timely.  Respondent may file a reply brief, if desired, within seven days of the date of this order.

     SO ORDERED.

DATED:  March 24, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1